Donald HAMPTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Anthony M. Wilhoit, Public Defender, Anna H. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON.*

Mary Lou HOUSE, Appellant,

v.

Monty Dale HOUSE, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Charles J. Kamuf, Rummage, Kamuf & Yewell, Owensboro, for appellant.

Harold Wayne Newton, Hawesville, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Christine HARRISON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandom Opinion PER CURIAM, Affirming.*

Norma Jean HUGHES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

William Miles Arvin, Nicholasville, for appellant.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Special Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.